## Josephine Durbin, Appellee, v. Sam Ferdman and Bernard M. Sharpe, Defendants. Sam Ferdman, Appellant.

### Gen. No. 42,846.

Heard in the first division, first district, this court at the October term, 1943; opinion filed February 28, 1944. Lord, Bissell & Kadyk, for appellant; Leonard F. Martin, Guy C. Baltz and Edward S. Crowell, of counsel; Irving G. Zazove, for appellee. Opinion by JUSTICE NIEMEYER. Not to be published in full.